ORIGINAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| MARK NICHOLAS MATSON | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 03-00126 DAE-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| NOLAN ESPINDA | May 19, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's Amended Petition for Writ of Habeas Corpus Under 28 USC 2254 is denied with prejudice, pursuant to the "Findings and Recommendation to Deny Petition", filed September 13, 2005, and the "Order Adopting Magistrate's Findings and Recommendation to Deny Petitioner's Amended Petition for Writ of Habeas Corpus Under 28 USC 2254", filed May 2, 2006.

cc: Counsel

| May 19, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk *[signature]* |
| | (By) Deputy Clerk |