# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 19, 2006

TO ALL COUNSEL

Re: CV 03-00126 DAE-KSC
MARK NICHOLAS MATSON vs. NOLAN ESPINDA

Dear Counsel,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on May 19, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: *[signature]*
Deputy Clerk

cc: all counsel