

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2006

at ___o'clock and ___min.___M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK NICHOLAS MATSON ) | CIVIL NO. 03-00126 DAE/KSC |
| ) | |
| Petitioner, ) | |
| vs ) | |
| ) | MOTION FOR RECONSIDERATION |
| ATTORNEY GENERAL, STATE OF ) | FROM THE DISTRICT U.S. JUDGE |
| HAWAII, Warden Parker, et al ) | TO GRANT AN EVIDENTIARY |
| Respondent. ) | HEARING |

### MOTION FOR RECONSIDERATION FROM THE U.S. DISTRICT JUDGE TO GRANT AN EVIDENCIARY HEARING PURSUANT TO LOCAL RULE 7.2(d)

COMES NOW MARK NICHOLAS MATSON, Petitioner Pro Se seeking a reconsideration of the U.S. Judge's ruling to deny the writ of habeas corpus, in specific, to deny Petitioner an evidentiary hearing regarding the core issues presented and argued.

After consultation with his trial attorneys, Petitioner again asks the U.S. District Court to grant a short evidentiary hearing regarding the constitutional issues presented in his original Appeal, as well as those articulated as best he could in this present Petition for habeas corpus relief. Petitioner, not having any legal foundation or background, and having an aversion to the law (because of the way he has been treated by it in this instance), believes he has not clearly and in an acceptable legal method articulated his case before the Court. My trial attorneys (Mr. David Minkin and Mr. Kenneth Mansfield, ESQ)

would be willing to come and testify to the Court regarding these matters. Your Honor, I ask only for a half hour of the Courts time. Petitioner need not be present, but only asks that his trial attorneys could address the Court in order to clarify and fully explain why our belief persists that the violations complained of must result in an overturned conviction.

THEREFORE, Petitioner submits this Motion for Reconsideration of the Court not to hold an evidentiary hearing in this matter. I ask only that the attorneys be allowed a short presentation before the Court.

TUTWILER, MISSISSIPPI, this __19__ day of May 2006.

Respectfully Submitted,

*[signature]*

MARK NICHOLAS MATSON
Petitioner Pro Se

Note:
Petitioner received the Courts Order on May 9th @ Tutwiler, Ms.
The issues to be raised at such a hearing will help Petitioner crystalize the matter for Appeal or for Your Honor to reconsider his decision to dismiss

-2-