



Mark Matson E-1
295 Hwy 49 So.
Tutwiler, Ms 38963

Judge David Ezra
300 Ala Moana Blvd C-338
Honolulu, Hi. 96850-0338

Legal Mail