IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| MARK NICHOLAS MATSON, | ) | CV. NO. 03-00126 DAE-KSC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ATTORNEY GENERAL, STATE | ) | |
| OF HAWAII, Warden Parker, et al., | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

ORDER DENYING MOTION FOR RECONSIDERATION

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Petitioner's motion, the Court DENIES Petitioner's Motion for Reconsideration of the Order Denying Writ of Habeas Corpus, specifically Denying Petitioner an Evidentiary Hearing (hereinafter "Order").

There are three major grounds that justify reconsideration: "(1) an intervening change in controlling law; (2) the availability of new evidence; (3) the need to correct clear error or prevent manifest injustice." Decker Coal Co. v.

Hartman, 706 F. Supp. 745, 750 (D. Mont. 1988). The District of Hawaii has implemented these standards in Local Rule 60.1, which explicitly mandates that reconsideration only be granted upon discovery of new material facts not previously available, the occurrence of an intervening change in law, or proof of manifest error of law or fact. Reliance Ins. Co. v. Doctors Co., 299 F. Supp. 2d 1131, 1153 (D. Haw. 2003).

Petitioner does not contend that there has been any change in controlling law, any discovery or development of new evidence or proof of any judicial error. Rather, Petitioner only asserts that he has not clearly articulated his original arguments to the Court. An opportunity to further articulate or reiterate original arguments is not a valid basis for seeking reconsideration of the Court's Order. Reliance Ins. Co., 299 F. Supp. 2d at 1154. As such, there is no valid basis for granting Petitioner's motion for reconsideration.

For the reasons stated above, the Court DENIES Petitioner Mark Nicholas Matson's Motion for Reconsideration of Order denying writ of habeas corpus, specifically denying Petitioner an evidentiary hearing.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 5, 2006.



_____
David Alan Ezra
United States District Judge

MARK NICHOLAS MATSON v. ATTORNEY GENERAL, STATE OF HAWAII, Warden Parker, et al., CV No. 03-00126 DAE-KSC; ORDER DENYING MOTION FOR RECONSIDERATION