

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 2 2006

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| MARK NICHOLAS MATSON | ) | CIVIL NO. 03-00126 DAE/KSC |
|---|---|---|
| Petitioner, | ) | NOTICE OF INTENT TO |
| vs | ) | APPEAL TO THE 9th |
|  | ) | CIRCUIT COURT OF |
| ATTORNEY GENERAL, STATE OF | ) | APPEALS. |
| HAWAII, Warden Parker, et al | ) |  |
| Respondent. | ) |  |

### NOTICE OF INTENT TO APPEAL TO THE 9TH CIRCUIT COURT OF APPEALS

COMES NOW MARK NICHOLAS MATSON, Petitioner Pro Se, hereby appealing from the Judgment of the Court dismissing the Petition for the Writ of Habeas Corpus in the above-entitled action. Said Judgment was entered on May 1, 2006, filed on May 2, 2006, [May 19, 2006] and received by Petitioner May 8, 2006; Judgment was handed down by the Honorable David Ezra.

Concurrently herewith, Petitioner requests that the District Court issue a **Certificate of Appealability**. I also seek permission to file In Forma Pauperis. An application for COA is being contemporaneously filed.

May 19, 2006 at Tutwiler, Mississippi.

_____
MARK NICHOLAS MATSON
Petitioner, In Propria Persona