

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 0 3 2006
DISTRICT OF HAWAII

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** MATSON VS. ESPINDA

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 6-16372

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CV 03-00126 DAE-KSC

II. **DATE NOTICE OF APPEAL FILED:** June 2, 2006

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**          **AMOUNT:**

   **NOT PAID YET:** ✓              **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**           **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Erin Taniguchi

_____

**AMENDED NOTIFICATION** _____ **PAID** _____ **F.P.** _____

**DISTRICT COURT CLERK BY:** _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)