Mark N. Matson (E-1)
Appellant Pro Se
A0763786
295 HWY. U.S., South
Tutwiler, MS  38963

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK NICHOLAS MATSON ) | USCA DOCKET NO. 06-16372 |
| ) | CV 03-00126 DAE-KSC |
| ) | |
| Petitioner, ) | **NOTICE OF NON ORDER** |
| vs ) | **OF TRIAL TRANSCRIPTS** |
| ) | **FOR REVIEW; CERTIFICATE** |
| ATTORNEY GENERAL, STATE OF ) | **OF SERVICE.** |
| HAWAII ) | |
| Respondent ) | |

### Notice of NON Order of Trial Transcripts For Review;
### Certificate of Service

**TO:** Clerk U.S. District Court, District of Hawaii and
Respondent in the above Titled Suit

**COMES NOW MARK NICHOLAS MATSON**, Petitioner Pro Se, (hereafter "Petitioner"), informing the State that he DID NOT order transcripts from the Court regarding the above Titled Case.  The Briefs supplied by the Court and parties is believed to be sufficient.

This ___8___ Day of August 2006, Tutwiler, Mississippi.

Respectfully Submitted,

_____
MARK N. MATSON
In Propria Persona

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 1 4 2006
DISTRICT OF HAWAII

Mark N. Matson (E-1)
Appellant Pro Se
A0763786
295 HWY. U.S., South
Tutwiler, MS  38963

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| MARK NICHOLAS MATSON | ) | USCA DOCKET NO. 06-16372 |
| --- | --- | --- |
|  | ) | CV 03-00126DAE-KSC |
|  | ) |  |
| Petitioner, | ) | **NOTICE OF NON ORDER** |
| vs | ) | **OF TRIAL TRANSCRIPTS** |
|  | ) | **FOR REVIEW; CERTIFICATE** |
| ATTORNEY GENERAL, STATE OF | ) | **OF SERVICE.** |
| HAWAII | ) |  |
| Respondent | ) |  |

### Certificate of Service

Petitioner hereby certifies that on this ___8___ day of August he did Serve by U.S. mail *(postage paid)*, a copy of the Notice of Non Order of Transcripts on the parties noted below:

Tutwiler, Mississippi this ___8___ day of August 2006.

Mr. Mark S.P. Yuen
Office of the Prosecuting Attorney
1060 Richards St. 9th Floor
Honolulu, HI  96813-2920

*signature*
MARK MATSON

Clerk, U. S. District Court, ✓
District of Hawaii