


Mark Matson E-1
295 Hwy 49 So
Tutwiler, Ms 38963

Clerk
U.S. District Court of Hawaii
300 Ala Moana Blvd C-338
Honolulu, Hawaii 96850-0338

96850#0001