# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 14, 2007

To: United States Court of Appeals          Attn: (✓)   Civil
     For the Ninth Circuit
     Office of the Clerk                              ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103             ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 03-00126DAE              Appeal No:    06-16372
Short Title:  Matson vs. Luna

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes ( ) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
- certified copy of docket sheet
- sealed document nos:

Acknowledgment: _____          Date: _____

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
MAY 16 2007

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 18 2007
DISTRICT OF HAWAII

cc: counsel

FILED
DOCKETED    J. Rosenthal