ORIGINAL

**FILED**

UNITED STATES COURT OF APPEALS

JUN 27 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| MARK NICHOLAS MATSON, | No. 06-16372 |
|---|---|
| Petitioner - Appellant, | D.C. No. CV-03-00126-DAE |
| v. | District of Hawaii, Honolulu |
| LUNA; et al., | |
| | ORDER |
| Respondents - Appellees. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 30 2008

at __1__ o'clock and __10__ min __P__ M
SUE BEITIA, CLERK

Before:   BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

The panel has voted to deny the petition for panel rehearing.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.

No further filings will be accepted in this closed case.

DL/Research