UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 07 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK NICHOLAS MATSON,<br><br>Petitioner - Appellant,<br><br>V.<br><br>LUNA; ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>Respondents - Appellees. | No. 06-16372<br>D.C. No. CV-03-00126-DAE<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

The judgment of this Court, entered 3/10/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk