UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338

CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 24 2008
DISTRICT OF HAWAII

MARK NICHOLAS MATSON
A0763786
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
295 US HIGHWAY 49 SOUTH
TUTW

NIXIE        392   DE  1      00    07/20/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 96850497199                *1968-05045-20-29

RETURN TO SENDER — NEED CORRECT NAME + NUMBER AT THIS ADDRESS

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
$00.39₄
JUL 01 2008
MAILED FROM ZIPCODE 96817
02 1M
0004217584

ORIGINAL

FILED

UNITED STATES COURT OF APPEALS

JUN 27 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| MARK NICHOLAS MATSON, | No. 06-16372 |
| Petitioner - Appellant, | D.C. No. CV-03-00126-DAE<br>District of Hawaii,<br>Honolulu |
| v. | |
| LUNA; et al., | ORDER |
| Respondents - Appellees. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 30 2008

at __1__ o'clock and __10__ min __P__ M
SUE BEITIA, CLERK

Before:   BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

The panel has voted to deny the petition for panel rehearing.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.

No further filings will be accepted in this closed case.

DL/Research